Sanford agt. White.

# SUPREME COURT.

LAURA A. SANFORD and others agt. LAVINIA S. WHITE and others.

THE opinion at general term in this case, INGRAHAM, P. J., involving the question of the regularity of service of process upon unknown owners in *partition* cases, is reported in 46 *How. Pr. R.*, 205. An appeal was taken to the court of appeals and the decision was affirmed, with costs, in April, 1874.